BRYAN KING SHELDON (SBN 116219)
Bryan.Sheldon@LimNexus.com
JAMES E. TILL (SBN 200464)
James.Till@LimNexus.com
GEORGE BUSU (SBN 235993)
George.Busu@LimNexus.com
LIMNEXUS LLP
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA  90017
Tel.: (213) 955-9500; Fax:  (213) 955-9511

Attorneys for Plaintiff
PCB Debt, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Albert Y. Lee,<br><br>    Debtor. | Case No.: **1:18-bk-11869-MT**<br><br>Adversary No.:<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, AND LBR 1007-4**<br><br>Chapter 7 Discharge Entered:  November 5, 2018 |
| PCB Debt, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br> vs.<br><br>Albert Lee, aka Albert Y. Lee,<br><br>    Defendant. | |

1

CORPORATE OWNERSHIP STATEMENT

There are no entities that directly or indirectly own 10% or more of any class of Plaintiff PCB Debt LLC's, a Nevada limited liability company, equity interest. I have personal knowledge of the foregoing because I am counsel for PCB Debt LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 5, 2019

_____
Bryan King Sheldon

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
707 Wilshire Blvd., 46th Floor, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*):
**Corporate Ownership Statement Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 5, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

M. Teri Lim: terribklaw@gmail.com
James E. Till: james.till@limnexus.com, john.yoo@limnexus.com
David Keith Gottlieb (TR): dkgtrustee@dkhallc.com
United States Trustee (SV): ustpregion16.wh.ecg@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 5, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 5, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen A. Tighe          Via Overnight Delivery
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 324
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 5, 2019 | John J. Yoo | /s/ John J. Yoo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                             **F 9013-3.1.PROOF.SERVICE**
4823-6747-7161.1

No. 2 Continuation Page:  San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

ACE USA
Dept CH 14089
Palatine, IL 60055-0001
San Fernando Valley

AFG Enterprises, LLC
c/o Ronald Weiss
15910 Ventura Bkvd Ste 1012
Encino, CA 91436

American Express
PO Box 981535
El Paso, TX 79998-1535

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Bank of America Home Loans
PO Box 5170
Simi Valley, CA 93062-5170

CHLA Medical Group
File No. 53279
Los Angeles, CA 90074-0001

Calvin Park
Law Office of Calvin Park
2105 Beverly Blvd Ste 127
Los Angeles, CA 90057-2261

Chase Bank
PO Box 260161
Baton Rouge, LA 70826-0161

Children's Hospital
1811 N. Western Ave
Los Angeles, CA 90027-3403

First National Collection
50 N. Liberty Street Ste 250
Reno, NV 89501

Franchise Tax Board
Bankruprcy Section
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
PO Box 10497
Greenville, SC 29603-0497

Monitronics Funding LP
Dept CH 8628
Palatine, IL 60055-0001

Office of Finance - City of LA
PO Box 30879
Los Angeles, CA 90030-0879

Pacific City Bank
3701 Wilshire Blvd, Ste 100
Los Angeles, CA 90010-2832

Sprint
P.O. Box 660075
Dallas, TX 75266-0075

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Verizon Wireless
PO Box 96088
Bellevue, WA 98009-8800

Wells Fargo Business Direct
PO Box 348750
Sacramento, CA 95834-8750

Albert Lee
18729 Hillsboro Rd
Porter Ranch, CA 91326-3908

David Keith Gottlieb (TR)
17000 Ventura Boulevard, Suite 300
Encino, CA CA 91316-4112

M Teri Lim
Law Office Of M. Teri Lim & Associates
3580 Wishire Blvd Ste 900-3
Los Angeles, CA 90010-2523

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
707 Wilshire Blvd., 46th Floor, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*):
**Corporate Ownership Statement Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 3, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

M. Teri Lim: terribklaw@gmail.com
James E. Till: james.till@limnexus.com, john.yoo@limnexus.com
David Keith Gottlieb (TR): dkgtrustee@dkhallc.com
United States Trustee (SV): ustpregion16.wh.ecg@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 3, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 3, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen A. Tighe          Via Overnight Delivery
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 324
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 3, 2019 | John J. Yoo | /s/ John J. Yoo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                         **F 9013-3.1.PROOF.SERVICE**
4823-6747-7161.1

No. 2 Continuation Page: San Fernando Valley Division

```
                                  21041 Burbank Blvd,                    ACE USA
                                  Woodland Hills, CA 91367-6606          Dept CH 14089
                                                                         Palatine, IL 60055-0001
                                                                         San Fernando Valley


AFG Enterprises, LLC              American Express                       Bank of America
c/o Ronald Weiss                  PO Box 981535                          PO Box 15026
15910 Ventura Bkvd Ste 1012       El Paso, TX 79998-1535                 Wilmington, DE 19850-5026
Encino, CA 91436


Bank of America Home Loans        CHLA Medical Group                     Calvin Park
PO Box 5170                       File No. 53279                         Law Office of Calvin Park
Simi Valley, CA 93062-5170        Los Angeles, CA 90074-0001             2105 Beverly Blvd Ste 127
                                                                         Los Angeles, CA 90057-2261


Chase Bank                        Children's Hospital                    First National Collection
PO Box 260161                     1811 N. Western Ave                    50 N. Liberty Street Ste 250
Baton Rouge, LA 70826-0161        Los Angeles, CA 90027-3403             Reno, NV 89501


Franchise Tax Board               Internal Revenue Service               LVNV Funding, LLC
Bankruprcy Section                PO Box 7346                            PO Box 10497
PO Box 2952                       Philadelphia, PA 19101-7346            Greenville, SC 29603-0497
Sacramento, CA 95812-2952


Monitronics Funding LP            Office of Finance - City of LA         Pacific City Bank
Dept CH 8628                      PO Box 30879                           3701 Wilshire Blvd, Ste 100
Palatine, IL 60055-0001           Los Angeles, CA 90030-0879             Los Angeles, CA 90010-2832


Sprint                            United States Trustee (SV)             Verizon Wireless
P.O. Box 660075                   915 Wilshire Blvd, Suite 1850          PO Box 96088
Dallas, TX 75266-0075             Los Angeles, CA 90017-3560             Bellevue, WA 98009-8800


Wells Fargo Business Direct       Albert Lee                             David Keith Gottlieb (TR)
PO Box 348750                     18729 Hillsboro Rd                     17000 Ventura Boulevard, Suite 300
Sacramento, CA 95834-8750         Porter Ranch, CA 91326-3908            Encino, CA CA 91316-4112


M Teri Lim
Law Office Of M. Teri Lim & Associates
3580 Wishire Blvd Ste 900-3
Los Angeles, CA 90010-2523
```